| Attorney or Party Name Address Telephone & FAX Numbers and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Gregory J. Doan<br>Doan Law Firm, LLP<br>25401 Cabot Road, Suite 119<br>Laguna Hills, CA 92653<br>(949) 472-0600 Fax: (949) 472-5441<br>California State Bar Number: 165174<br><br>*Attorney for* Debtors | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Cynthia Darlene Carranza<br><br>and<br><br>Christopher S Carranza                Debtor(s) | CHAPTER: 13<br>CASE NO.: 8:09-bk-12860<br><br>(No Hearing Required) |
|---|---|

## DECLARATION RE: ENTRY OF ORDER WITHOUT HEARING
## PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1(o)

1. I am the ☐ Movant ☒ Movant's Attorney in this matter and hereby declare as follows:

2. On *(specify date)*: 7/2/09 , Movant filed a motion entitled *(specify)*:
MOTION UNDER LOCAL BANKRUPTCY RULE 3015-1(n) and (w) TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS

3. A copy of the motion and notice of motion is attached hereto.

4. Pursuant to Local Bankruptcy Rule 9013-1(o), the motion was served by mail on *(specify date)*: 8/17/09 ,
together with a notice stating that any party objecting to the motion has 15 days within which to file and serve any written objection and request a hearing on the above motion.

5. More than 15 days have passed since the service of the notice of motion.

6. No objection has been timely served on Movant at the address specified in the notice. Therefore, no hearing is required.

7. The proposed Order is submitted herewith. *(Submit original and appropriate copies of Order with envelopes and Notice of Entry)*

WHEREFORE, Movant requests that the Order granting the relief requested in the motion be signed and entered forthwith.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the following date at San Clemente , California

Dated: 9/4/09

Gregory J. Doan
Typed Name of Declarant

[signature]
Signature of Declarant

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

January 2009                                                                                                              **F 9013-1.9**

| In re: | CHAPTER: **13** |
|---|---|
| **Cynthia Darlene Carranza** <br> **Christopher S Carranza** <br> Debtor(s). | CASE NUMBER: **8:09-bk-12860** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

635 Camino de los Mares, Suite # 100, San Clemente, CA 92673

The foregoing document described **Declaration Re: Entry of Order without Hearing Pursuant to Local Bankruptcy Rule 9013-1(o)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **9/4/09** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
  Amrane Cohen, Chapter 13 Trustee: efile@ch13ac.com
  Office of the US Trustee - Santa Ana: ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **9/4/09** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/4/09 | **Michael Breeden** | _/s/_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

January 2009
Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

F 9013-3.1
Best Case Bankruptcy

| In re | | CHAPTER: 13 |
|---|---|---|
| Cynthia Darlene Carranza | Debtor(s) | CASE NO : 8:09-bk-12860 |

**ADDITIONAL SERVICE INFORMATION** (if needed):

AmeriCredit Financial Services, Inc.
PO Box 183853
Arlington, TX 76096

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

PRA Receivables Management, LLC.
As Agent of Portfolio Recovery Assoc.
C/O Capital One
PO Box 41067
Norfolk, VA 23541

This form is optional  It has been approved for use by the United States Bankruptcy Court for the Central District of California

January 2009

F 9013-1.9